UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JAMES ALLEN DAILEY and HALFTIME SPORTS BAR, LLC,<br><br>Defendants. | Case No. 20-cv-03625-JSW<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 51 |

On November 2, 2022, Plaintiff filed a motion for summary judgment. Defendants proceed *pro se*.[1] On December 5, 2022, the Court issued Defendants notice pursuant to *Rand v. Rowland*, 154 F.3d 952, 963-64 (9th Cir. 1998), indicating that failure to oppose a motion for summary judgment may result in the dismissal of this case with prejudice. A motion for summary judgment under Rule 56 of the Federal Rules of Civil Procedure will, if granted, end the case. *See Rand*, 154 F.3d at 963-64.

Defendants were ordered to file an opposition to the motion and appearance of counsel for the corporate defendant by no later than January 6, 2023. Defendants have filed nothing in response. Accordingly, the Court shall enter judgment in favor of Plaintiff and against Defendants.

**IT IS SO ORDERED.**

Dated: January 10, 2023

JEFFREY S. WHITE
United States District Judge

---

[1] Defendant Halftime Sports Bar, LLC may not appear *pro se*. *See Rowland v. California Men's Colony*, 506 U.S. 194, 202 (1993); N.D. Civ. L.R. 3-9(b).