UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JAMES ALLEN DAILEY, et al.,<br><br>Defendants. | Case No. 4:20-cv-03625-JSW   (KAW)<br><br>**ORDER TO SHOW CAUSE; ORDER CONTINUING HEARING ON MOTION FOR DEFAULT JUDGMENT**<br><br>Re: Dkt. Nos. 69, 72 |

On November 30, 2023, Plaintiff G & G Closed Circuit Events, LLC filed a Motion for Default Judgment as to Jeffrey C. Huynh. (Dkt. No. 69.) The motion was referred to the undersigned on December 6, 2023. (Dkt. No. 70.)

On December 6, 2023, the undersigned issued an order requiring Plaintiff to file a robust proposed order by the reply deadline, which was December 21, 2023. (Dkt. No. 72 at 1.) Plaintiff was further ordered to lodge hard copies of all documents and tabbed exhibits, if any, and email a Word (.docx) version of its moving papers to *kawpo@cand.uscourts.gov* by December 12, 2023. *Id.* To date, Plaintiff has not complied with any of the requirements set forth in the December 6, 2023 order.

Accordingly, Plaintiff is ordered to show cause by **January 22, 2024** why monetary sanctions should not be imposed in the amount of $250.00 for failure to comply with the December 6, 2023 order. By January 22, 2024, Plaintiff shall also file the proposed order on the docket, and email the Word (.docx) version as directed above. By January 22, 2024 at 4:00 PM, Plaintiff shall lodge hard and soft copies of its moving papers.

Finally, the Court continues the hearing set for February 1, 2024 to February 15, 2024 at 1:30 PM on Zoom.

1    Plaintiff is ordered to serve this notice upon all other parties in this action.

2    IT IS SO ORDERED.

3    Dated: January 16, 2024

_____
KANDIS A. WESTMORE
United States Magistrate Judge