UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JAMES ALLEN DAILEY, et al.,<br><br>Defendants. | Case No. 20-cv-03625-JSW<br><br>**ORDER RE MOTION TO STRIKE DEFENDANT HUYNH'S ANSWER**<br><br>Re: Dkt. No. 89 |

Now before the Court is the motion to strike Defendant Jeffrey C. Huynh's answer filed by Plaintiff G&G Closed Circuit Events LLC. Huynh has not responded to the motion to strike his answer. The hearing on March 15, 2024, is HEREBY VACATED.

The Court has entered default judgment against Huynh. (Dkt. No. 22). Accordingly, he is not entitled to present argument before he obtains relief from the entry of default. *See* Schwarzer, Tashima & Wagstaffe, *Federal Civil Procedure Before Trial* ¶ 6:6 (2017 ed.) ("Entry of default cuts off the defendant's right to appear in the action. The court clerk cannot accept any papers from the defendant other than a motion for relief from the default."); ¶ 6:42 ("Entry of a defendant's default cuts off his or her right to appear in the action or to present evidence.").

Accordingly, the Court DEFERS ruling on the motion to strike Huynh's answer. Huynh shall have until **March 29, 2024**, to file a motion for relief from default. If Huynh does not file a motion or respond to the pending motion to strike, the Court shall grant the motion without further briefing.

1   The Court advises Huynh that the Court's website contains helpful information about how
2   to proceed without a lawyer (https://www.cand.uscourts.gov/pro-se-litigants/).  In addition, Huynh
3   may wish to contact the Volunteer Legal Help Center by emailing fedpro@sfbar.org or by calling
4   the appointment line at (415) 782-8982.   Information about appointment scheduling is also
5   available on the Court's website: https://www.cand.uscourts.gov/about/court-programs/legal-help-
6   desks/.

7   The attorney at the Legal Help Center can provide information, advice, and basic legal help
8   but cannot represent litigants as their lawyer.

10   **IT IS SO ORDERED.**

11   Dated:  March 11, 2024

_____
JEFFREY S. WHITE
United States District Court

2